1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT FOR THE

8              EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,      )    2:07MC00122-LEW-DAD
                                   )
11            Plaintiff,           )
                                   )
12       v.                        )
                                   )    ORDER OF GARNISHMENT
13  KAREN ALAMSHARYAN,             )    (INTEREST IN WITHHELD
                                   )           MONEY)
14            Defendant and        )
              Judgment Debtor.     )
15  _____)
                                   )
16  CALIFORNIA DEPARTMENT OF       )
    HEALTH SERVICES,               )
17                                 )
              Garnishee.           )
18  _____)

19

20       A Writ of Garnishment (Interest in Withheld Money), directed

21  to the Garnishee California Department of Health Services, has been

22  duly issued and served upon the Garnishee in order to partially

23  satisfy the outstanding debt owed by the Defendant and Judgment

24  Debtor Karen Alamsharyan ("Judgment Debtor").  The balance

25  currently owing by the Judgment Debtor is $629,705.94 as of

26  April 18, 2008.

27  //

28  //

1   The Garnishee filed an Answer of Garnishee stating that at the

2   time of service of the Writ, the Garnishee had custody or

3   possession of properties (non-earnings), in which the "Judgement

4   Debtor" maintains an interest in the amount of $34,785.27.

5   The Judgment Debtor was served by the Garnishee with the

6   Answer of Garnishee and the Judgment Debtor has not filed a written

7   objection or requested a hearing within 20 days, as set forth in 28

8   U.S.C. § 3205(c)(5).

9   Pursuant to 28 U.S.C. § 3205(c)(7), after the Garnishee files

10  an answer, and if no hearing is requested within the required time

11  period, the Court shall promptly enter an order directing the

12  Garnishee as to the disposition of the Judgment Debtor's property.

13  ACCORDINGLY, IT IS ORDERED that the Garnishee California

14  Department of Health Services shall turn over the amount of

15  $34,785.27, payable to the Clerk of the Court, (reference Docket

16  No. CR S 02-243-GEB on the face of the check), and forward it to:

17                          U.S. District Court Clerk
                            501 "I" Street, Room 4-200
18                          Sacramento, California 95814

19  IT IS FURTHER ORDERED that upon receipt of payment, the Writ

20  of Garnishment is hereby terminated.

21  DATED: May 13, 2008.

22

23  _____
    DALE A. DROZD
24  UNITED STATES MAGISTRATE JUDGE

25

26

27  Ddad1/orders.civil/alamsharyan0122.ord

28